UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :     Hon. Peter G. Sheridan
                                    Crim. No. 09-334
        v.                    :
                                    CONTINUANCE ORDER
NELSON MORA                   :

This matter having come before the Court on the application of defendant Nelson Mora (by Lawrence Welle, Esq.), and with the consent of Paul J. Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested such a continuance, and this court having entered two prior continuance orders, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

1

2. Defendant has requested the aforementioned continuance, and the United States has consented; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 23 day of September, 2010,

IT IS ORDERED that defense motions shall be filed by November 22, 2010; the government's reply shall be filed by November 29, 2010; the argument on the motions is scheduled for December 6, 2010 at 2:30 p.m.; and the trial date is to be set by the court; and

IT IS FURTHER ORDERED that the period from October 12, 2010 through December 13, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. PETER G. SHERIDAN
United States District Judge

Form and entry
consented to:

_____
ERIC W. MORAN
Assistant U.S. Attorney

_____
Lawrence Welle, Esq.
Counsel for defendant Nelson Mora